UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT EARL SANDIFER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1670** |
| **ROBERT C. TANNER, ET AL.** | **SECTION "F" (4)** |

### ORDER AND REASONS

The plaintiff, Robert Earl Sandifer, has submitted a **"Motion to Show Cruel and Unusual Punishment Still Being Infl[i]cted Upon Plaintiff" (Rec. Doc. No. 15)** in which he requests that the Court issue judgment and damages in his favor on his underlying complaint. In the motion, Sandifer outlines the same conclusory arguments made in his complaint and at the *Spears* Hearing held September 22, 2014.[1]

The purpose of the *Spears* Hearing was to allow Sandifer the opportunity to further explain his allegations and to ascertain the legal basis for his claims. *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). The information the Court already has received at the hearing is considered to be in the nature of an amended complaint or a more definite statement under Fed. R. Civ. P. 12(e). *Wilson v. Barrientos*, 926 F.2d 480, 482 (5th Cir. 1991). The arguments repeated by Sandifer in his motion are already part of the Court's record. There is no need for additional briefing or argument at this time. Sandifer's rehashing of the same testimony and argument received at the *Spears* Hearing is unnecessary and not timely as a supplement thereto. *See* Fed. R. Civ. P. 15(A)(1), (2). Accordingly,

---

[1] Rec. Doc. No. 12. *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). The purpose of the *Spears* Hearing is to ascertain what it is the prisoner alleges occurred and the legal basis for the claims. The information received is considered to an amendment to the complaint or a more definite statement under Fed. R. Civ. P. 12(e). *Wilson v. Barientos*, 926 F.2d 480, 482 (5th Cir. 1991).

**IT IS ORDERED** that Sandifer's "Motion to Show Cruel and Unusual Punishment Still Being Infl[i]cted Upon Plaintiff" (Rec. Doc. No. 15) is **DENIED**.

New Orleans, Louisiana this  9th   day of April, 2015.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**