# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ROBERT EARL SANDIFER**                                    **CIVIL ACTION**

**VERSUS**                                                                **NO.  14-1670**

**ROBERT C. TANNER, ET AL.**                               **SECTION "F" (4)**

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Robert Earl Sandifer's complaint pursuant to 42 U.S.C. § 1983 against the defendants, Warden Robert C. Tanner, Lt. Col. Mike Todd, Major Mike Harrell, Officer Kathy Seal, and Warden Johnny Gerald, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted in accordance with 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this __1st__ day of _____July_____, 2015.

**UNITED STATES DISTRICT JUDGE**